IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX J. MONETTE, | Case No. 1:09-cv-00933 JLT (PC) |
| Plaintiff, | ORDER TO SHOW CAUSE FOR PLAINTIFF'S FAILURE TO FILE AN AMENDED COMPLAINT |
| vs. | |
| JAMES D. HARTLEY, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983.  On October 27, 2010, the Court dismissed Plaintiff's complaint with thirty days leave to amend.  (Doc. 9.)  The 30-day period has now expired, and Plaintiff has not filed an amended complaint or otherwise responded to the Court's order.

Accordingly, it is HEREBY ORDERED that within 21 days of the date of this order, Plaintiff shall show good cause in writing why this action should not be dismissed for Plaintiff's failure to prosecute.  Alternatively within 21 days, Plaintiff shall either file an amended complaint or notify the Court in writing that he no longer wishes to proceed with this action.

**Plaintiff is advised that his failure to comply with the Order will result in an order dismissing his case.**

IT IS SO ORDERED.

Dated:  __December 14, 2010__                              ___/s/ Jennifer L. Thurston___
                                                                            UNITED STATES MAGISTRATE JUDGE